No. 86–5562.  McRAE v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 86–5564.  HERSHIPS v. McCUTCHEN, DOYLE, BROWN & ENERSEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–5567.  CLEMENTE v. CAMPOY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 86–5568.  JONES v. KEMP, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 86–5569.  CROCHET v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 86–5574.  PARR v. FOLTZ, REGIONAL ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 86–5580.  BALTSAVIAS v. SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 86–5584.  MARSETT v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 86–5585.  SALANARDI v. WARDEN, METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 86–5643.  MASTERS v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 86–5680.  HOLLIS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–5685.  FELTON v. HICKS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1903.  COLORADO v. SANTISTEVAN.  Sup. Ct. Colo. Motion of Colorado District Attorneys Council et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.